IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:97-mj-002-DSC |
|---|---|---|
| v. | ) ) ) | **ORDER TO DISMISS THE COMPLAINT** |
| (1) TIMOTHY AOKTORRAL WHITE | ) ) | |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: April 27, 2016

_____
David S. Cayer
United States Magistrate Judge